IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TONY OWEN DUPREE,**
       **Plaintiff,**

vs.                           **CASE NO.:  3:07cv522/MCR/MD**

**ASST. WARDEN HASKINS, et al.,**
       **Defendants.**
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 29, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. All pending motions are DENIED as moot.

4. The clerk is directed to close the file.

DONE AND ORDERED this 11th day of August, 2008.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**